DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNITED STATE SOLUTIONS, LLC,**
Appellant,

v.

**JEAN MARSAN,** et al.,
Appellee.

No. 4D20-1367

[February 11, 2021]

Non-final appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE19-025776.

Dana M. Gallup of Gallup Auerbach, Hollywood, for appellant.

Khambrel La-Ron Davis of Davis and Davis Law, PLLC, Sunrise, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***